

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2016

No. 04-16-00165-CV

**IN RE** Paulina Navarro **HERNANDEZ**, Individually and as Next Friend of Minor Children A.M.N. and S.M.N., and their Attorneys Stuart R. White, Kevin W. Liles and Bryan K. Harris

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice, dissenting without opinion

On June 10, 2016, Relators filed an amended petition for writ of mandamus. On June 17, 2016, Relators filed a motion to stay discovery. The court has considered Relators' petition and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED and the stay imposed by this court's order of June 21, 2016 is LIFTED. *See* TEX. R. APP. P. 52.8(a); 52.10. The court's opinion will issue at a later date.

It is so **ORDERED** on August 22, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CVT001295 D3, styled *Paulina Navarro Hernandez, Individually and as Next Friend of Minor Children, A.M.N, and S.M.N. v. FE Express, LLC; Francisco Bernal; and Hector Omar Lopez*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.